UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| James Edward Scott III, | Case No. 2:25-cv-02094-CDS-DJA |
| Plaintiff, | |
| v. | **Order** |
| Southern Nevada Health District; and City of Las Vegas, | |
| Defendants. | |

This matter is before the Court on *pro se* Plaintiff James Edward Scott III's application to proceed *in forma pauperis* (which means, to proceed without paying the filing fee). (ECF No. 1). However, Plaintiff's application to proceed *in forma pauperis* is not on the Court's approved form. Under Nevada Local Special Rule (LSR) 1-1, applications to proceed *in forma pauperis* "must be made on the form provided by the court."[1] The Court will therefore deny the application to proceed *in forma pauperis* without prejudice for Plaintiff to re-file a complete application on the correct form or to pay the filing fee.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is **denied without prejudice.**

---

[1] LSR 1-1 refers to the Court's local rule on applications to proceed *in forma pauperis*. The Court's local rules may be accessed on the Court's website, https://www.nvd.uscourts.gov/court-information/forms/

1  **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order and the Short Form application to proceed *in forma pauperis* and its accompanying instruction packet.[2]

**IT IS FURTHER ORDERED** that Plaintiff shall have until **November 21, 2025,** to either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LSR 1-1; or (2) pay the full $405 filing fee, which includes the $350 filing fee plus the $55 administrative fee.  **Plaintiff is advised that failure to comply with this order will result in a recommendation to the district judge that the case be dismissed.**

DATED: October 22, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[2] This form can also be found online at https://www.nvd.uscourts.gov/court-information/forms/ under Code AO 240.